UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. COLLETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 01-2103 (RMU) |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT PROPOSED DISCOVERY PLAN**

In response to the Court's Order of March 24, 2005, the represented parties submit the following joint proposed jurisdictional discovery plan:

Discovery to be had pursuant to all methods and procedures allowed under the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the District of Columbia. Discovery to follow this schedule:

Initial Disclosures under Rule 26(a)(1): Due by May 30, 2005;

Expert Disclosures under Rule 26(a)(2) to be served on or before August 31, 2005;

Rebuttal Expert Disclosures on or before September 30, 2005;

All jurisdictional discovery to be concluded by November 30, 2005, and all discovery requests with a 30-day response time must be propounded at least 30 days before November 30, 2005.

.

Respectfully submitted,


_____        _____
Paul G. Gaston, DC Bar # 290833      Arman Dabiri, DC Bar # 463351
LAW OFFICES OF PAUL G. GASTON        LAW OFFICES OF ARMAN DABIRI &
1120 19th Street, NW, Suite 750          ASSOCIATES, PLLC
Washington, DC 20036                 1701 Pennsylvania Ave., NW, Suite 300
(202) 296-5856                       Washington, DC 20006
Fax: (202) 296-4154                  (202) 879-2606

*Attorney for Plaintiffs*             *Attorney for Defendants*