# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5466**  **September Term, 2005**

01cv02103

**Filed On:**

Elaine L. Collett, Individually and as the De Facto Administrator of Estate of Alec L. Collett, presumed deceased, et al.,
    Appellees

v.

Socialist People's Libyan Arab Jamahiriya, et al.,
    Appellants



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   MAY 2 2 2006

CLERK

**BEFORE:** Henderson, Garland, and Brown, Circuit Judges

### ORDER

Upon consideration of the motion to dismiss for lack of jurisdiction and the motion for sanctions, the opposition thereto, and the reply, it is

**ORDERED** that the motion to dismiss be granted. Because the magistrate judge's order on review was issued pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(a), but appellants did not file timely objections - or any objections at all - to that order with the district court, this court is without jurisdiction to review the order. See Fed. R. Civ. P. 72(a); CNPq-Conselho Nacional de Desenvolvimento Cientifico e Technologico v. Inter-Trade, Inc., 50 F.3d 56, 57-59 (D.C. Cir. 1995). It is

**FURTHER ORDERED** that the motion for sanctions be denied.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. the Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

**Per Curiam**



**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7, 18, 06
BY: _____
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs